IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| EUGENE EUBANKS | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| DON FILIPOVICH | : | NO. 12-4299 |

## ORDER

**AND NOW**, this 27th day of December, 2012, upon consideration of Defendant's Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b) (Document No. 12), and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** for lack of personal jurisdiction.

    /s/ Timothy J. Savage
    TIMOTHY J. SAVAGE, J.